UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ANTHONY JACKSON,
                          Plaintiff,

      v.                                      9:07-CV-1279

BRIACH FISCHER, et al.,

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

## DECISION and ORDER

      This matter brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. David R. Homer, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

      No objections to the January 6, 2009 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein. Defendants' motion to dismiss is GRANTED and Plaintiff's Complaint is DISMISSED.

IT IS SO ORDERED.

Dated: February 17, 2009

_____
Thomas J. McAvoy
Senior, U.S. District Judge